UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff,

v.                                                    Case No. 2:23−cr−20063−JJCG−EAS
                                                      Hon. Jonathan J.C. Grey
Shafiq Ur Rehman, et al.,

                    Defendant(s),

_____

**NOTICE TO APPEAR**

The following defendant(s) are hereby notified to appear:  Shafiq Ur Rehman

The defendant(s) shall appear before District Judge Jonathan J.C. Grey at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 250, Detroit, Michigan, for the following proceeding(s):

- PLEA HEARING:  April 2, 2026 at 03:30 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                        By: s/Sandra A Osorio
                                             Case Manager

Dated:   March 31, 2026